Tuesday, February 7, 2017

No. 17–0145/AR. U.S. v. Michael C. Morrill. CCA 20140197. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE CELT-NIEKS.

II. WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE CELTNIEKS DID NOT MEET THE UCMJ DEFINITION OF APPEL-LATE MILITARY JUDGE.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0164/AR. U.S. v. Corey J. Brookshire. CCA 20160332. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

I. WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HER-RING.

II. WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPEL-LATE MILITARY JUDGE.

III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL IT-SELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0032/AR. U.S. v. Sean M. Ahern. CCA 20130822. On consideration of the joint motion to supplement the record, it is ordered that said motion is hereby granted.

No. 17–0176/AR. U.S. v. Reginald E. Charles. CCA 20160414. Appellant's motion to supplement the record is granted.

No. 17–0192/AR. U.S. v. Jermaine C. Sampson. CCA 20140841. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 22, 2017.